# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Shannon Scott | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | )    Case No. 4:18cv907 UNA<br>)<br>) |
| Wesley L. Popp, et al. | )<br>) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on June 11, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:18cv00141.

**IT IS FURTHER ORDERED** that cause number 4:18cv907 UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated: <u>June 11, 2018</u>           By: <u>Jason W. Dockery</u>
                                                                                                                                                                                      Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 1:18cv00141 ACL.**